

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00746-CR

**IN RE** Phillip **HARVEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice
             Jason Pulliam, Justice

On November 19, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 4, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR11060, styled *The State of Texas v. Phillip Harvey*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.